# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 20-20003-01-JAR |
| **JAWAN L. ROBINSON,** | |
| **Defendant.** | |

## ORDER

The status conference in this matter will be held telephonically on **June 22, 2020 at 9:00 a.m.** Counsel and parties are directed to call the Court's conference line; the call-in number and password will be provided to counsel and/or parties before the hearing date. If defendant waives appearance, Counsel must provide a waiver form signed by defendant or signed by counsel with defendant's authority, prior to the hearing.

If the defendant is unable to appear by phone and is not willing to waive appearance, Counsel or pro se defendant must file a motion, **no later than three days before the scheduled hearing** requesting a hearing by videoconference. Upon such motion, the Court will conduct the hearing by videoconference at the scheduled time or at a later and date and time subject to videoconference availability, finding the period of postponement excludable under the Speedy Trial Act pursuant to Administrative Order 2020-10.

If the defendant does not consent to hearing by teleconference or videoconference, Counsel or pro se defendant must file a motion to continue the hearing. The Court will continue the hearing, finding the period of postponement excludable under the Speedy Trial Act pursuant to Administrative Order 2020-10.

**IT IS SO ORDERED.**

Dated: June 17, 2020

                                         S/ Julie A. Robinson  
                                         JULIE A. ROBINSON  
                                         CHIEF UNITED STATES DISTRICT JUDGE